ACCEPTED
03-15-00209-CR
6554925
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/19/2015 9:11:35 AM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00209-CR

### IN THE

### COURT OF APPEALS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/19/2015 9:11:35 AM
JEFFREY D. KYLE
Clerk

### THIRD DISTRICT OF TEXAS

### AUSTIN, TEXAS

| | | |
|---|---|---|
| DEANDREE DWIGHT JOSEPH aka DEANDRE DWIGHT PARKS | § | APPELLANT |
| VS. | § | |
| THE STATE OF TEXAS | § | APPELLEE |

### APPEAL FROM THE 403RD JUDICIAL DISTRICT COURT

### TRAVIS COUNTY, TEXAS

### CAUSE NO. D1-DC-15-904009

### **STATE'S FIRST MOTION FOR EXTENSION OF TIME**

**TO THE HONORABLE COURT OF APPEALS:**

The State of Texas respectfully moves for an extension of the deadline for filing the State's brief and, in accordance with Texas Rules of Appellate Procedure 38.6 and 10.5(b), advises the Court as follows:

(a) Following his conviction for Aggravated Assault with a Deadly Weapon and Attempted Arson, the appellant filed his notice of appeal in the above cause on April 7, 2015.  Appellant filed a brief on July 20, 2015.

(b)     The State's brief is currently due on **August 19, 2015**.

1

(c)     This request is that the deadline for filing the State's brief be extended by **30 days**.

(d)     The number of previous extensions of time granted for submission of the **State's** brief is: **none**.

(e)     The State relies upon the following facts to reasonably explain the need for an extension of the deadline:

1.  During the period since this brief was filed, the attorney assigned to this case has been working on other pressing appellate matters and has not had sufficient time to prepare an adequate response to this brief.

2.  This request is not made for the purpose of delay, but to ensure that the Court has a proper State's brief to aid in the just disposition of the above cause.

WHEREFORE, the State of Texas respectfully requests that the deadline for filing the State's brief be extended to **September 18, 2015.**

Respectfully submitted,

ROSEMARY LEHMBERG
District Attorney
Travis County, Texas

*/s/ Lisa Stewart*
Lisa Stewart
Assistant District Attorney
State Bar No. 06022700
P.O. Box 1748
Austin, Texas 78767
(512) 854-9400
Fax No. 854-4810
Lisa.Stewart@traviscountytx.gov
AppellateTCDA@traviscountytx.gov

## CERTIFICATE OF COMPLIANCE

Pursuant to Texas Rule of Appellate Procedure 9.4(i), I hereby certify, based upon the computer program used to generate this motion, that this motion contains 233 words, excluding words contained in those parts of the motion that Rule 9.4(i) exempts from inclusion in the word count.  I certify, further, that this motion is printed in a conventional, 14-point typeface.

*/s/ Lisa Stewart*
Lisa Stewart
Assistant District Attorney


## CERTIFICATE OF SERVICE

I hereby certify that, on the 19th day of August, 2015, a true and correct copy of this motion was served, by U.S. mail, electronic mail, facsimile, or electronically through the electronic filing manager, to the Appellant's attorney, Randy Schaffer, Attorney at Law, 1301 McKinney, Suite 3100, Houston, Texas 77010, noguilt@swbell.net.

*/s/ Lisa Stewart*
Lisa Stewart
Assistant District Attorney